R. Bradford Huss, SBN 71303
Michelle S. Lewis, SBN 255787
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:     (415) 788-3111
Facsimile:      (415) 421-2017
E-mail:          bhuss@truckerhuss.com
                     mlewis@truckerhuss.com

Attorneys for Defendant
JOHN COTTERMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN YAMAUCHI,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOHN COTTERMAN, an individual and as trustee of the Echelon Mortgage Corporation 401(k) Profit Sharing Plan; GRAND BANK, a corporation; CITIGROUP, INC.;  BANK OF AMERICA, INC., a corporation; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.  C-14-01378-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTIONS TO DISMISS AND MOTION TO STRIKE** |

Plaintiff Jonathan Yamauchi ("Plaintiff"), Defendant John Cotterman ("Cotterman"), Defendant Grand Bank FSB ("Grand Bank") and Defendant Citigroup, Inc. ("Citigroup") request and stipulate to continue the case management conference and the hearing on the motions to dismiss and the motion to strike set by the Court for July 31, 2014 (*see* Doc. No. 41) to August 21, 2014 at 9:30 a.m.  Counsel for Cotterman is unavailable to attend the Case Management Conference and hearing on July 31, 2014, and this continuance is mutually convenient for counsel and the parties.  This stipulated continuance will not effect any other dates or deadlines currently set by this Court.

IT IS SO STIPULATED.

DATED: July 1, 2014                TRUCKER ✦ HUSS

By: /s/ R. Bradford Huss
R. Bradford Huss
Attorney for Defendant
JOHN COTTERMAN

DATED: July 1, 2014                INVICTUS LAW PLLC

By: /s/ Blair R. Jackson
Blair R. Jackson
Attorney for Defendant
GRAND BANK FSB

DATED: July 1, 2014                KEESAL, YOUNG & LOGAN

By: /s/ Elyse W. Whitehead
Elyse W. Whitehead
Attorney for Defendant
CITIGROUP, INC.

DATED: July 1, 2014

LAW OFFICES OF JESSE L.B. HILL

By: /s/ Jesse L.B. Hill
Jesse L.B. Hill
Attorneys for Plaintiff
JONATHAN YAMAUCHI

I attest that I have obtained Mr. Hill's, Mr. Jackson's and Ms. Whitehead's concurrence in the filing of this document.

DATED: July 1, 2014
                                   TRUCKER ✦ HUSS

By: /s/ R. Bradford Huss
R. Bradford Huss
Attorney for Defendant
JOHN COTTERMAN

1    Pursuant to the Parties' Stipulation, the Case Management Conference and hearing
2    currently scheduled for July 31, 2014 at 9:30 a.m. is hereby continued to August ~~21~~ 28, 2014 at ~~9:30~~ 1:30
3    ~~a.m.~~ pm.  A joint CMC statement shall be filed by August 21, 2014.
4    PURSUANT TO STIPULATION, IT IS SO ORDERED.
5    DATED: 7/2/14
6    _____
     Honorable Edward M. Chen
7    Judge, United States District



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING; Case No. C-14-01378-EMC     3
#1435981