**LAW OFFICES OF JESSE L.B. HILL**
1042 Palm Street, Second Floor
San Luis Obispo, California 93401
Telephone: (805) 544-5541
Fax: (805) 544-5533
Jesse L.B. Hill, Esq. - State Bar Number 97620
Email: JLBHill@aol.com

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN YAMAUCHI,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOHN COTTERMAN, an individual and as Trustee of the Echelon Mortgage Corporation 401(k) Profit Sharing Plan; GRAND BANK, a corporation; CITIGROUP, INC., a corporation, BANK OF AMERICA, INC., a corporation, and DOES 1 - 10, inclusive,<br><br>        Defendants. | CASE NO. C 14-01378 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARINGS ON MOTIONS TO STRIKE AND MOTIONS TO DISMISS**<br><br><br>Judge: Hon. Edward M. Chen |

   Plaintiff Jonathan Yamauchi ("Plaintiff"), Defendant John Cotterman ("Cotterman"), Defendant Grand Bank FSB ("Grand Bank") and Defendant Citigroup, Inc. ("Citigroup") request and stipulate to continue the case management conference and the hearings on the motions to dismiss and the motion to strike set by the court on August 28, 2014 at 1:30 p.m. (See Docket 43) to either September 4 or September 11, 2014 as the court see fit. Counsel for Plaintiff is unable to attend the Case Management Conference and hearings on August 28, 2014, and either of those dates requested is mutually convenient for counsel for the parties. The stipulated continuance will not effect any other dates or deadlines currently set by this Court.

   IT IS SO STIPULATED.

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARINGS ON MOTIONS TO STRIKE AND MOTIONS TO DISMISS

Respectfully submitted,

**LAW OFFICES OF JESSE L.B. HILL**

Dated: July 3, 2014        By: /s/ Jesse L.B. Hill

Jesse L.B. Hill for Plaintiff

Dated: July 3, 2014        **INVICTUS LAW PLLC**

By: /s/ Blair R. Jackson

Blair R. Jackson for Grand Bank

Dated: July 3, 2014        **KEESAL, YOUNG & LOGAN**

By: /s/ Elyse W. Whitehead

Elyse W. Whitehead for Citigroup

Dated: July 3, 2014        **TRUCKER & HUSS**

By: /s/ Michelle S. Lewis

Michelle S. Lewis for John Cotterman

I attest that I have obtained Mr. Jackson's, Ms. Whitehead's and Ms. Lewis' concurrence in the filing of this document.

Dated: July 3, 2014        By: /s/ Jesse L.B. Hill

Jesse L.B. Hill

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARINGS ON MOTIONS TO STRIKE AND MOTIONS TO DISMISS

1 | PROPOSED ORDER

2 | Pursuant to the Parties stipulation, the Case Management Conference and hearings currently

3 | scheduled for August 28, 2014 at 1:30 p.m are hereby continued to September  4  , 2014 at 1:30 p.m.

4 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

5 | Dated: _____7/7/14_____       _____

6 | Honorable Edward M. Chen

7 | District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARINGS ON MOTIONS TO STRIKE AND MOTIONS TO DISMISS

1  PROOF OF SERVICE FRCP 5(b)

2  UNITED STATES OF AMERICA  CALIFORNIA  COUNTY OF SAN LUIS OBISPO

3  I am a resident of the aforesaid county, State of California; I am over the age of 18 years and

4  not a party to the within entitled action; my business address is:  1042 Palm Street, 2nd Floor,

5  San Luis Obispo, California 93401.

6       On July 3, 2014, I served the foregoing:

7  **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARINGS ON MOTIONS TO STRIKE AND MOTIONS TO**
8  **DISMISS**

9  on the interested parties in this action.

10  The following is the procedure in which service of this document was effected:

11  By posting a copy to the court's website and mailing a copy to:

12  

13  R. Bradford Huss, Esq.                      For John Cotterman
    Tucker Huss
14  One Embarcadero Center 12 Floor
    San Francisco, CA 94111-3628
15  

16  Blair R. Jackson, Esq.                      For Grand Bank
    INVICTUS LAW PLLC
17  751 E. Quality Drive Suite 101
    American Fork, Utah 84003
18  

19  Elyse Whitney Grant, Esq.                   For Citigroup, Inc.
    Keesal Young & Logan
20  450 Pacific Avenue
21  San Francisco, CA 94133

22  

23       I declare under penalty of perjury under the laws of the United States of America that
    the above is true and correct and that I am employed in the office of a member of the bar of
24  this Court at whose direction the service was made.  Executed on July 3, 2014, at San Luis
25  Obispo, California.

26                        /s/ Robin McElroy
                          Robin McElroy
27

28