**LAW OFFICES OF JESSE L.B. HILL**
1042 Palm Street, Second Floor
San Luis Obispo, California 93401
Telephone: (805) 544-5541
Fax: (805) 544-5533
Jesse L.B. Hill, Esq. - State Bar Number 97620
Email: JLBHill@aol.com

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN YAMAUCHI,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN COTTERMAN, an individual and as Trustee of the Echelon Mortgage Corporation 401(k) Profit Sharing Plan; GRAND BANK, a corporation; CITIGROUP, INC., a corporation, BANK OF AMERICA, INC., a corporation, and DOES 1 - 10, inclusive,<br><br>Defendants. | CASE NO. C 14-01378 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARINGS ON MOTIONS TO JANUARY 22, 2015**<br><br>Judge: Hon. Edward M. Chen |

Plaintiff Jonathan Yamauchi ("Plaintiff"), Defendant John Cotterman ("Cotterman"), Defendant Grand Bank FSB ("Grand Bank"), Defendant Bank of America, Inc. ("BofA") and Defendant Citigroup, Inc. ("Citigroup") request and stipulate to continue the case management conference and the hearings on any motions to dismiss and the motion to strike set by the court on December 4, 2014 at 10:30 a.m. (See Docket 59) to January 22, 2015 at a time that is convenient for the Court. Counsel for Plaintiff is going to have heart surgery on November 4, 2014 and will be unable to participate in these proceeding until after December 8, 2014. All parties have agreed that January 22, 2015 is a date that would be mutually convenient for counsel for the parties. The stipulated continuance will not effect any other dates or deadlines currently set by this Court, except

the CMC statement should due by January 7, 2015, if that is acceptable to the Court. All parties agree that the defendants will have until November 20, 2014 to file any responsive pleading such as a Motion to Dismiss or Answer to the First Amended Complaint of Plaintiff.

IT IS SO STIPULATED.

Respectfully submitted,

**LAW OFFICES OF JESSE L.B. HILL**

Dated: October 16, 2014

By: /s/ Jesse L.B. Hill

Jesse L.B. Hill for Plaintiff

Dated: October 16, 2014

**INVICTUS LAW PLLC**

By: /s/ Blair R. Jackson

Blair R. Jackson for Grand Bank

Dated: October 16, 2014

**KEESAL, YOUNG & LOGAN**

By: /s/ Elyse W. Whitehead

Elyse W. Whitehead for Citigroup

Dated: October 16, 2014

**TRUCKER & HUSS**

By: /s/ Michelle S. Lewis

Michelle S. Lewis for John Cotterman

Dated: October 16, 2014

**BRYAN CAVE LLP**

By: /s/ Robert E. Boone

Robert E. Boone for Bank of America

I attest that I have obtained Mr. Jackson's, Ms. Whitehead's, Mr. Boone's and Ms. Lewis' concurrence in the filing of this document.

Dated: October 16, 2014

By: /s/ Jesse L.B. Hill

Jesse L.B. Hill

PROPOSED ORDER

Pursuant to the Parties stipulation, the Case Management Conference and hearings currently scheduled for December 4, 2014 at 10:30 a..m. are hereby continued to January 22, 2015 at 10:30 a.m. Defendants shall have until November 20, 2014 to respond to the First Amended Complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 21, 2015




Honorable Edward M. Chen

PROOF OF SERVICE FRCP 5(b)

UNITED STATES OF AMERICA CALIFORNIA COUNTY OF SAN LUIS OBISPO

I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within entitled action; my business address is: 1042 Palm Street, 2nd Floor, San Luis Obispo, California 93401.

On October 16, 2014, I served the foregoing:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARINGS ON MOTIONS TO JANUARY 22, 2015**

on the interested parties in this action.

The following is the procedure in which service of this document was effected:

By posting a copy to the court's website and mailing a copy to:

R. Bradford Huss, Esq.
Tucker Huss
One Embarcadero Center 12 Floor
San Francisco, CA 94111-3628

For John Cotterman

Blair R. Jackson, Esq.
INVICTUS LAW PLLC
751 E. Quality Drive Suite 101
American Fork, Utah 84003

For Grand Bank

Elyse Whitney Grant, Esq.
Keesal Young & Logan
450 Pacific Avenue
San Francisco, CA 94133

For Citigroup, Inc.

Robert E. Boone, Esq.
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

For Bank of America, Inc.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on October 16, 2014, at San Luis Obispo, California.

/s/ Robin McElroy
Robin McElroy