Jesse L.B. Hill SBN 97620
LAW OFFICES OF JESSE L.B. HILL
1042 Palm Street 2nd Floor
San Luis Obispo, CA  93401
Telephone: (805) 544-5541
Fax: (805) 544-5533
Email:  jlbhill@aol.com

Attorney for Plaintiff
JONATHAN YAMAUCHI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN YAMAUCHI, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN COTTERMAN, an individual and as trustee of the Echelon Mortgage Corporation 401(k) Profit Sharing Plan; GRAND BANK, a corporation; CITIGROUP, INC.; BANK OF AMERICA, INC., a corporation; and DOES 1-10, inclusive, <br><br> Defendant(s). | Case No.: C-14-01378-EMC <br><br> [~~Proposed~~] **ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT GRAND BANK** <br><br> Judge:   Edward M. Chen |

THE COURT has considered Plaintiff's Stipulated Motion to Dismiss Grand Bank with Prejudice. Pursuant to the stipulation of the parties, the Court GRANTS the stipulated motion and hereby ORDERS that Yamauchi's First Amended Complaint, along with all other possible or potential future claims regarding these facts, against Grand Bank, FSB are dismissed with prejudice. Pursuant to Stipulation, IT IS SO ORDERED.

DATED: March 13, 2015

IT IS SO ORDERED

Judge Edward M. Chen